# Northwest Insulation Company, Inc.

PAGE    1

| 529 S. FLORIDA | 301 N. COUNCIL ROAD | 601 S. MEADOW | 3100 DURAZNO | 6210 CANYON DRIVE |
| BORGER, TEXAS 79007 | OKLAHOMA CITY, OKLAHOMA 73127 | ODESSA, TEXAS 79761 | EL PASO, TEXAS 79905 | AMARILLO, TEXAS 79109 |

```
***************         Terms Are Net 30 Days. A Finance Charge of
PLEASE REMIT TO         1-1/2% (18% PER YEAR) Will be Charged On
2801 PARAMOUNT BLVD           All Past Due Accounts              Invoice No. 516844
AMARILLO, TX 79109      ALL ACCOUNTS DUE AND PAYABLE AT           Date       : 2/23/23
Phone: 806-395-6927     AMARILLO, POTTER COUNTY, TEXAS
                                                                 OKLAHOMA CITY, OK
```

*Please review your invoice promptly. After 30 days, the invoice is deemed to be correct.*

```
Sold To:MJ&H FABRICATION                        Ship To:MJ&H FABRICATION
       :ATTN:  ACCOUNTS PAYABLE                        202 HALL BLVD.
       :2120 HALL BLVD                                 PONCA CITY, OK
       :PONCA CITY          OK      74601

Customer No: 1772001                Payment Terms: NET 30 DAYS
                                Payment due on before: 03/25/23
```

```
SHIPPED BY OUR TRUCK                     CUST PO #  16464

    COMPANY:  MJ&H FABRICATION
    P.O. #16464
    LOCATION:  PONCA CITY, OK FACILITY
    DESCRIPTION: PAINTING PROJECT P22-720 INTERIOR &
                 EXTERIOR
    CONTRACTOR PROVIDED LABOR, MATERIALS, AND
    SUPERVISION TO PERFORM PAINTING SERVICES FOR
    MJ&H FABRICATION LOCATED IN THE PONCA CITY, OK.
    AREA.

    TAX STATUS:  EXEMPT - STS-10110035-05

    PRICES:

    1.)  PROJECT P22-720, INTERIOR PREP AND FINISH

                                    Quantity           Rate        Amount
    LABOR COSTS                         1.00   EA   69727.53     69727.53
    MATERIAL COSTS                      1.00   EA   23866.47     23866.47
                                                                 93594.00
                OKLAHOMA EXEMPT SALES  93594.00  Base    .000%        .00
                                                     Sub Total   93594.00


    2.)  PROJECT P22-720, EXTERIOR PREP & FINISH

                                    Quantity           Rate        Amount
    LABOR COSTS                         1.00   EA   53935.77     53935.77
    MATERIAL COSTS                      1.00   EA   18461.23     18461.23
                                                                 72397.00
                OKLAHOMA EXEMPT SALES  72397.00  Base    .000%        .00
                                                     Sub Total   72397.00

                                        Total Labor             123663.30


                                                       ( CONTINUED )
```

ORIGINAL                                                    **EXHIBIT 1**

# Northwest Insulation Company, Inc.

PAGE 2

| 529 S. FLORIDA | 301 N. COUNCIL ROAD | 601 S. MEADOW | 3100 DURAZNO | 6210 CANYON DRIVE |
| BORGER, TEXAS 79007 | OKLAHOMA CITY, OKLAHOMA 73127 | ODESSA, TEXAS 79761 | EL PASO, TEXAS 79905 | AMARILLO, TEXAS 79109 |

******************

**PLEASE REMIT TO**
**2801 PARAMOUNT BLVD**
**AMARILLO, TX 79109**
**Phone: 806-395-6927**

**Terms Are Net 30 Days. A Finance Charge of 1-1/2% (18% PER YEAR) Will be Charged On All Past Due Accounts ALL ACCOUNTS DUE AND PAYABLE AT AMARILLO, POTTER COUNTY, TEXAS**

Invoice No. 516844
Date       : 2/23/23

OKLAHOMA CITY, OK

*Please review your invoice promptly. After 30 days, the invoice is deemed to be correct.*

```
Sold To:MJ&H FABRICATION                    Ship To:MJ&H FABRICATION
       :ATTN: ACCOUNTS PAYABLE                      202 HALL BLVD.
       :2120 HALL BLVD                              PONCA CITY, OK
       :PONCA CITY        OK     74601

Customer No: 1772001             Payment Terms: NET 30 DAYS
                                 Payment due on before: 03/25/23
```

                                    Total Materials/Equi    42327.70

                       Invoice Total Please remit this amount->   165991.00

**ORIGINAL**